FILED

2007 AUG 24  PM 2: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MOLNAR,<br><br>                          Plaintiff,<br>v.<br><br>SRA ASSOCIATES, INC., et al.,<br><br>                         Defendants. | CASE NO: 07-CV-1087 W (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

On August 22, 2007, the parties filed a joint motion to dismiss with prejudice defendants SRA Associates, Inc., and Toyota Motor Credit Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1).  Good cause appearing, the Court grants the parties' motion.  There being no other named defendants, the clerk is ordered to close the district court file.

**IT IS SO ORDERED.**

DATE: August 23, 2007

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California